UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
:
GANSETT ONE, LLC, SES WEALTH :
ADVISORS, LLC, GW HOLDINGS, :  15-cv-3551 (ALC)
LLC, and MAST AND SON, LLC, :
:
                Plaintiffs, :  DEFENDANT HUSCH
:  BLACKWELL LLP'S AND
   -against- :  DEFENDANT DIANE T.
:  CARTER'S MOTION TO
HUSCH BLACKWELL, LLP, :  DISMISS AMENDED
DIANE T. CARTER, ROBERT E. :  COMPLAINT
HAM, JOHN DOES 1-10, JANE :
DOES 1–10, and ABC CORPS. 1–10, :
:
                Defendants. :
:
---------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support of this motion, and the pleadings herein, Defendants Husch Blackwell LLP and Diane T. Carter will move this Court, before The Honorable Andrew L. Carter, United States District Judge, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Amended Complaint, *Doc. 32*, in its entirety and with prejudice, for failing to state a claim upon which relief can be granted.

-2-

Dated:  August 24, 2015                         Respectfully submitted,


                                                *s/ Christopher P. Montville*
                                                Carolyn J. Fairless
                                                Christopher P. Montville
                                                Wheeler Trigg O'Donnell LLP
                                                370 Seventeenth Street Suite 4500
                                                Denver, Colorado 80202-5647
                                                Telephone: (303) 244-1800

                                                Howard I. Elman
                                                Jeremy C. Bates
                                                Matalon Shweky Elman PLLC
                                                450 Seventh Avenue, 33rd Floor
                                                New York, New York 10123
                                                Telephone: (212) 244-9000

                                                Attorneys for Defendants
                                                Husch Blackwell LLP and Diane T. Carter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2015, I electronically filed the foregoing **DEFENDANT HUSCH BLACKWELL LLP'S AND DEFENDANT DIANE T. CARTER'S MOTION TO DISMISS AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Elliot David Ostrove**
E.Ostrove@epsteinarlen.com

**Richard L. Plotkin**
R.Plotkin@epsteinarlen.com

**Howard Ian Elman**
helman@mselaw.com, amukaida@trial-lawyer.org, jbates@mselaw.com, yrothstein@mselaw.com

**Jeremy Charles Bates**
jbates@mselaw.com, jeremybates3@gmail.com

**Vahbiz P. Karanjia**
v.karanjia@epsteinarlen.com

*s/ Donna M. Simonsen*
Donna M. Simonsen