UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
Gansett One, LLC et al.,                                           :         11-23-15
                                                                   :
                         Plaintiffs,                               :    15 Civ. 3551 (ALC)
                                                                   :
         - against -                                               :
                                                                   :    **ORDER**
Husch Blackwell, LLP et al.,                                       :
                                                                   :
                         Defendants.                               :
------------------------------------------------------------------ X

**ANDREW L. CARTER, JR., District Judge:**

Pending before the Court is defendants' motion to dismiss the First Amended Complaint. At a status conference on November 3, 2015, the Court ordered the parties to submit letter briefings regarding the Court's jurisdiction over this matter. On November 17, 2015, plaintiffs asserted for the first time in this litigation that the Court does not possess diversity jurisdiction due to lack of diverse citizenship between the parties. On November 20, 2015, plaintiffs requested limited jurisdictional discovery to assess the factual basis for those claims.

By this Order, the Court directs the parties to engage in limited jurisdictional discovery as to the citizenship of the parties. The parties should provide the Court with a joint status report regarding the outcome of this discovery on or before December 14, 2015.

**SO ORDERED.**

Dated:      New York, New York
            November 23, 2015

                                                        _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**

1